# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0057.  SARAH RACHEL WEISS v. LARRY ALAN GRANT**

Emergency Motion for Supersedeas Pursuant to Rule 40(b) and Amended Emergency Motion for Supersedeas Pursuant to Rule 40(b) are herein DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/14/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*